**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KING ENTERPRISES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATHANIEL HOLZAPFEL, et al. <br><br> Defendants. | Case No. CV 18-9454 PA (RAOx) <br><br> JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's February 28, 2019 Minute Order granting in part the Motion for Entry of Default Judgment filed by plaintiffs Larry King Enterprises, Inc. and ORA Media LLC ("ORA") (collectively, "Plaintiffs") against defendants Nathaniel "Nate" Holzapfel ("Holzapfel") and Nate Holzapfel LLC (collectively, "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs shall have judgment in their favor against Defendants;

2. Plaintiffs shall recover from Defendants the amount of $258,600.00, consisting of $250,000.00 in damages and $8,600.00 in attorneys' fees, for which Defendants shall be jointly and severally liable;

3. Plaintiffs shall recover from Defendants their costs of suit;

4. Defendants and their agents, employees, officers, directors, owners, attorneys, representatives, successor companies, and related companies, and all persons acting in

concert or participation with Defendants are permanently restrained, enjoined, and prohibited from:

    a.    Using Larry King's name, likeness, or image; ORA's <u>Larry King Now</u> logo; any other indicia of Larry King's identity; or any name, likeness, or image confusingly similar thereto, or attributing any statements to Larry King, for the purposes of sales, distribution, marketing, advertising, licensing, promotion, or implying the endorsement of Larry King, or otherwise using any of said elements to promote Defendants or Defendants' goods, business, services, or commercial activities; and

    b.    Using any video footage of Larry King appearing to conduct an interview with Holzapfel, any still image from any video footage of Larry King in the mock interview, or any other video footage depicting Larry King to promote either of Defendants or Defendants' goods, businesses, services, or commercial activities; and

5.    Defendants are ordered to remove from the Internet and otherwise destroy any materials on or in which Defendants have placed Larry King's name, likeness, or image; ORA's <u>Larry King Now</u> logo; any other indicia of Larry King's identity; any name, likeness, or image confusingly similar thereto; or any statements attributed to Larry King, to promote Defendants or Defendants' goods, businesses, services, or commercial activities, including but not limited to all electronic and print advertising, merchandising, electronic press kits, videos, and promotional materials.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: February 28, 2019

                                          Percy Anderson
                            UNITED STATES DISTRICT JUDGE